**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:        In re Nissan North America, Inc.

Appellate case number:    01-14-00867-CV

Trial court case number:  2013-38072

Trial court:                        127th District Court of Harris County

On October 27, 2014, relator Nissan North America, Inc. ("NNA") filed a petition for writ of mandamus challenging the trial court's October 23, 2014 order overruling NNA's trade secret assertions regarding two documents and compelling NNA to produce these two documents by noon on October 27, 2014. In conjunction with the petition, NNA filed an emergency motion requesting that we (1) stay the trial court's October 23, 2014 order compelling production of the documents and (2) either stay the November 11, 2014 trial setting, or, alternatively, enter "an order prohibiting the Real Parties in Interest from referring to the trade secrets related to [NNA's] Dealer Network Development Strategy during trial."

We ORDER that the trial court's October 23, 2014 order is stayed pending resolution of the petition for writ of mandamus. *See* TEX. R. APP. P. 52.10(b). NNA's requests regarding the trial setting are DENIED.

Further, the Court requests that the real parties in interest respond to the petition for writ of mandamus. We ORDER that the response to the petition for writ of mandamus by any real party in interest shall be due **on or before Friday, October 31, 2014**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                            ☑ Acting individually      ☐ Acting for the Court


Date: October 27, 2014